UNITED STATES of America, Appellee,

v.

Luis MARILES–SANTOS, Appellant.

No. 07–2979.

United States Court of Appeals, Eighth Circuit.

Submitted: May 26, 2008.

Filed: June 9, 2008.

Bruce Gillan, Assistant U.S. Attorney, U.S. Attorney's Office Lincoln, NE, for Appellee.

Michael Hansen, Assistant Federal Public Defender, Federal Public Defender's Office, Lincoln, NE, for Appellant.

Luis Mariles–Santos, Big Spring, TX, for pro se.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Luis Mariles–Santos challenges the reasonableness of his 19–month within-Guidelines-range prison sentence, which the district court[1] imposed after Mariles–Santos pleaded guilty to illegally entering the United States after deportation following a felony conviction, in violation of 8 U.S.C. § 1326(a), (b)(1).

We conclude that Mariles–Santos's sentence is not unreasonable and therefore was not abuse of the district court's discretion. *See United States v. Haack,* 403 F.3d 997, 1003 (8th Cir.2005) (abuse-of-discretion review standard). The court specifically acknowledged the advisory nature of the Guidelines and referenced several of the 18 U.S.C. § 3553(a) sentencing factors, and nothing in the record indicates that the court overlooked a relevant factor, gave significant weight to an improper factor, or made a clear error of judgment in weighing appropriate factors. *See Rita v. United States,* — U.S. ——, 127 S.Ct. 2456, 2462–68, 168 L.Ed.2d 203 (2007) (allowing appellate presumption of reasonableness for within-Guidelines-range sentence); *United States v. Clay,* 524 F.3d 877, 878 (8th Cir.2008) (applying presumption); *Haack,* 403 F.3d at 1004 (listing

circumstances that may warrant finding of abuse of discretion).

Accordingly, we affirm.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.